■ In the Matter of DANNY R. and Others, Children Alleged to be Neglected. REBECCA M., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [874 NYS2d 122]—

Order, Family Court, Bronx County (Lori S. Sattler, J.), entered on or about July 17, 2007, placing the subject children with the Commissioner of Social Services upon a fact-finding determination of neglect, unanimously affirmed, without costs.

The finding of neglect is supported by a preponderance of the evidence showing that the children's physical and mental health was threatened by the psychologically fragile respondent's failure to provide a minimum degree of care, needed mental health care services, and an adequate education (Family Ct Act § 1012 [f] [i] [A]; *see Matter of Inbunique V.*, 22 AD3d 412 [2005]; *Matter of Dyandria D.*, 303 AD2d 233 [2003], *lv dismissed* 1 NY3d 623 [2004]). The extraordinary amount of school missed by the two older children—240 days by one and 159 days by the other from September 2004 to February 2007—without adequate excuse and markedly compromising their education, supports Family Court's implicit finding of derivative educational neglect of the youngest, preschool-age child (*see Matter of Ember R.*, 285 AD2d 757 [2001], *lv denied* 97 NY2d 604 [2001]). Concur—Tom, J.P., Friedman, Gonzalez, Sweeny and McGuire, JJ.

■ IMAGING INTERNATIONAL, INC., Appellant, v HELL GRAPHIC SYSTEMS, INC., et al., Respondents. [873 NYS2d 904]—Judgment, Supreme Court, New York County (Bernard J. Fried, J.), entered March 24, 2008, awarding plaintiff nominal damages of $1, unanimously affirmed, with costs. Appeal from order, same court and Justice, entered October 29, 2007, unanimously dismissed, without costs, as subsumed in the appeal from the judgment.

We find no basis for disturbing Justice Fried's credibility determinations and we affirm the judgment entered March 24, 2008 for the reasons stated by Justice Fried in his written decision explaining his award of nominal damages to plaintiff (17 Misc 3d 1123[A], 2007 NY Slip Op 52120[U] [2007]). Concur—Tom, J.P., Friedman, Gonzalez, Sweeny and McGuire, JJ.